UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON HAZELL ENGLISH,<br>　　　　Petitioner,<br>　v.<br>JAMES A. YATES, et al.,<br>　　　　Respondent. | No. EDCV 12-278-RGK (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 3, 2012

　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　United States District Judge